COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

| | |
|---|---|
| Cause numbers: | 01-17-00076-CR & 01-17-00077-CR |
| Style: | Rodrigo Cornejo v. The State of Texas |
| Date motion filed*: | October 12, 2017 |
| Type of motion: | Third Overall Motion for Extension, and Second Due to Harvey |
| Party filing motion: | Appellant Rodrigo Cornejo's counsel P.F. McCann |
| Document to be filed: | Appellant's Brief |

Is appeal accelerated?        No.

If motion to extend time:

      Original due date:          June 12, 2017

      Number of extensions granted:     3     Current Due Date: September 25, 2017

      Date Requested:         October 20, 2017 (130 days from original due date)

Ordered that motion is:

      ☑ Granted

           If document is to be filed, document due:  October 20, 2017.

           ☑   **No further extensions of time will be granted.**

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _____

Because appellant's counsel's third extension request overall, and second due to Hurricane Harvey, claims that he needs more time because, among other things, he was only able to return to his office in mid-September due to Harvey, the Court **grants** the motion, but counsel is warned that **no further extensions are to be granted**. *See* Extension of Emergency Order Authorizing Modification and Suspension of Court Procedures in Proceedings Affected by Disaster, Misc. Docket No. 17-9125 (Tex. Sept. 26, 2017); TEX. R. APP. P. 2, 38.6(d).  Accordingly, if appellant's brief is not filed by **October 20, 2017**, the Court may abate this case. *See id.* 38.8(b)(2).

Judge's signature: /s/ Laura C. Higley
                     ☑ Acting individually        ☐ Acting for the Court
Date: October 17, 2017